AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK C. BROWN, JR.,**

       **Plaintiff,**

                               **JUDGMENT IN A CIVIL CASE**

**v.**

**ANDRE J. JOHNSON, et al.,**        **CASE NO.  2:10-CV-965**
                                          **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**                  **MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION and ORDER filed March 25, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date:  March 25, 2014                          JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk